```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF TEXAS
                         BROWNSVILLE DIVISION
```

HARRY W. ALLEN

VS.

KAFCO TRUCKING, INC., and
LAND AIR EXPRESS, INC.

C.A. NO. CA-B-98-063

*United States District Court, Southern District of Texas — ENTERED JUL 0 2 1998, Michael N. Milby, Clerk of Court, By Deputy Clerk*

*United States District Court, Southern District of Texas — FILED JUN 3 0 1998, Michael N. Milby, Clerk of Court*

## SCHEDULING ORDER

On this day an initial pretrial conference was held in the above-entitled and numbered cause of action, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by __December 18, 1998__. If additional time is required, a motion requesting such extension must be filed no later than __November 18, 1998__. Failure to file such motion shall preclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, in full compliance with the local rules, setting forth the following matters be filed no later than __February 5, 1999__:

   (a) the nature of the case;
   (b) contentions of the parties;
   (c) stipulations;
   (d) specific issues of fact, as they are submitted to the jury;
   (e) issues of law, if any;
   (f) list of all pending motions;
   (g) approximate duration of trial; and
   (h) in non-jury cases, specific proposed findings of fact and conclusions of laws.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) (a) Plaintiff/s shall designate expert witnesses, if applicable, by __October 16, 1998__.
    (b) Defendant/s shall designate expert witnesses, if applicable, by __November 6, 1998__.

(5) A final pretrial and settlement conference be set for __February 18, 1999 @ 2:00 p.m.__.

(6) Trial on the merits be set for __March 1999__, docket call.

DONE at Brownsville, Texas, on __June 30, 1998__.

_____
Fidencio G. Garza, Jr.
United States Magistrate Judge