*10*

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

SEP 01 1998

Michael N. Milby
Clerk of Court

*Harry W. Allen*

§
§
§
§
§          CIVIL ACTION   *B 98-63*
§
§
§

*versus*

*Kryco Trucking Inc., et al*

United States District Court
Southern District of Texas
ENTERED

SEP 02 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order

The reference to the magistrate judge is withdrawn and this case is returned to the

docket of Judge Hilda G. Tagle.

Court settings are cancelled but deadlines remain in effect.

Signed on _____*September 1*_____, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge