United States District Court
Southern District of Texas
ENTERED
OCT 28 1998
Michael N. Milby, Clerk of Court
By O. Huting

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HARRY W. ALLEN | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. C.A. No. B-98-63 |
| | § | |
| KAFCO TRUCKING, INC. and | § | |
| LAND AIR EXPRESS, INC. | § | |
|     Defendants. | § | JURY |

## ORDER DENYING DEFENDANT'S MOTION TO TRANSFER VENUE

On this the 27 day of October, 1998, came on to be considered the Defendant's Motion To Transfer venue and the Court, after hearing the evidence, arguments of counsel and examining the pleadings, is of the opinion that said Motion should be denied.

SIGNED this 27 day of October, 1998.

                                                                                           JUDGE PRESIDING