17

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Harry W. Allen §
§
§
§
versus §    CIVIL ACTION B-98-63
§
§
Kayco Trucking, Inc., et al §

*United States District Court*
*Southern District of Texas*
**ENTERED**
**JAN 12 1999**
Michael N. Milby, Clerk of Court
By Deputy Clerk

Final Order of Dismissal

1. The court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice.

2. This court retains jurisdiction to enforce the settlement. *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673, 1677 (1994).

Signed January 12th, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge