IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HARRY W. ALLEN | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-63 |
| | § | |
| KAFCO TRUCKING, INC. AND | § | |
| LAND AIR EXPRESS, INC. | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

**CAME ON TO BE CONSIDERED** the Agreed Motion to Dismiss with Prejudice filed by Plaintiff, HARRY W. ALLEN, and Defendants, KAFCO TRUCKING, INC. and LAND AIR EXPRESS, INC., and after due consideration of the agreement of the parties and the request of the parties for dismissal with prejudice, this Court is of the opinion that the following order should be entered:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Plaintiff no longer desires to prosecute his alleged causes of action against the Defendants, KAFCO TRUCKING, INC. and LAND AIR EXPRESS, INC., and that all claims made herein by the Plaintiff or which could have been made herein are hereby dismissed with prejudice to the refiling of the same against Defendants, KAFCO TRUCKING, INC. and LAND AIR EXPRESS, INC., their officers, directors, shareholders, employees, predecessors, successors, agents, representatives, attorneys, insurers, related or affiliated business entities, and assigns.

SIGNED this 16 day of August, 1999.

_____
JUDGE PRESIDING

AGREED:

**LAW FIRM OF ZAYAS & ZAMORA, P.C.**

By: _____
    Richard E. Zayas
    State Bar No. 00788744

    3100 East 14th Street
    Brownsville, Texas 78521
    Telephone: (956) 546-5060
    Facsimile: (956) 541-4157

**ATTORNEY FOR PLAINTIFF HARRY ALLEN**


AGREED:

**DODGE, FAZIO, ANDERSON & JONES, P.C.**

By: _____
    Jerry Fazio
    State Bar No. 06870010
    Tracy L. Stoker
    State Bar No. 19265500

    One Lincoln Centre
    5400 LBJ Freeway, Suite 800
    Dallas, Texas 75240-6227
    Telephone:  (972) 960-3200
    Facsimile:  (972) 960-3221

**ATTORNEYS FOR DEFENDANTS KAFCO TRUCKING, INC. AND LAND AIR EXPRESS, INC.**